# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154065

SUSAN R. BANK,
    Plaintiff-Appellant,

v

MICHIGAN EDUCATION ASSOCIATION-
NEA and NOVI EDUCATION
ASSOCIATION MEA-NEA,
    Defendants-Appellees.

SC: 154065
COA: 326668
Oakland CC: 2014-139221-CL

_____/

   On order of the Court, the application for leave to appeal the May 26, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2016



Clerk

d1214